

**SO ORDERED.**
SIGNED this 21st day of December, 2015

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

/s/ Shelley D. Rucker
Shelley D. Rucker
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| In Re: | Case No. 1:15-bk-13070-SDR |
| Jeremy Wayne Ellison, | Chapter 13 |
| Debtor. | Judge |

**AGREED ORDER RESOLVING OBJECTION TO CONFIRMATION
AND MODIFYING PLAN AS TO JPMORGAN CHASE BANK, N.A. REGARDING REAL
PROPERTY LOCATED AT 210 TEN MILE LANE, TEN MILE, TENNESSEE 37880**

COME NOW, JPMorgan Chase Bank, N.A., and the Debtor herein, by and through counsel, and agree as follows:

1. That JPMorgan Chase Bank, N.A. shall be relieved from the Automatic Stay of 11 U.S.C. 362.

2. That JPMorgan Chase Bank, N.A. is relieved of the duty of filing and serving Notices of Payment Change and/or Notices of Post-Petition Fees, Expenses and Charges as required by FRBP 3002.1(b) and FRBP 3002.1(c).

3. Rule 4001(a)(3) is not applicable and JPMorgan Chase Bank, N.A. may immediately enforce and implement this Order Granting Relief From the Automatic Stay.

4. That the debtor shall continue to make direct payments to JPMorgan Chase Bank, N.A., related to the mortgage lien on the property located at **210 TEN MILE LANE, TEN MILE, TENNESSEE 37880.**

# # #

APPROVED FOR ENTRY:

/s/ Bonnie Culp
Bonnie Culp #014741
Attorney for JPMorgan Chase Bank, N.A.
Law Offices of Shapiro & Ingle, LLP
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216
Phone: (704)333-8107
Fax: (704) 333-8156
bculp@logs.com


/s/ Rebble S. Johnson
Rebble S. Johnson #011548
Richard L. Banks #000617
Attorneys for Debtor
Richard Banks & Associates, P.C.
393 Broad Street NW
P.O. Box 1515
Cleveland, TN 37311
Phone: (423)479-4188
amiles@rbankslawfirm.com

<u>Tracey L. Weibert</u>
Tracey L. Weibert
Attorney for the Chapter 13 Trustee, Kara L. West
100 W. MLK Blvd. Suite 303 Krystal Building
Post Office Box 511
Chattanooga, TN  37401-0511
Phone:  (423)265-2261, Ext. 145
Fax:  (423)266-5816

**Entities to be Served:**

Richard L. Banks
Richard Banks & Associates, P.C.
393 Broad Street NW
P.O. Box 1515
Cleveland, TN 37311

Jeremy Wayne Ellison
210 Ten Mile Lane
Ten Mile, TN 37880

Kara L. West
Chapter 13 Trustee
P.O. Box 511
Chattanooga, TN 37401